**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 02-6505**

─────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CLIFTON ANTHONY GRANT, a/k/a Cliff,

Defendant - Appellant.

─────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CR-99-292-A)

─────────

Submitted: May 30, 2002                 Decided: June 7, 2002

─────────

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Clifton Anthony Grant, Appellant Pro Se. Michael Edward Rich, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clifton Anthony Grant appeals the district court's order denying his motion for review of his sentence and a subsequent order denying his motion for reconsideration of his sentence. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>United States v. Grant</u>, No. CR-99-292-A (E.D. Va. Mar. 6, 2002; Mar. 15, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>